| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Tydingco-Gatewood, Frances M. | 2. Court or Organization District Court of Guam | 3. Date of Report 07/01/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Judge - Active Status | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

District Court of Guam
Fourth Floor, United States Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | PCJD Corp. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1984 | Government of Guam Retirement Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tydingco-Gatewood, Frances M. | 07/01/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed Periodontist |
| 2. 2015 | Part-time Professor at University of Guam teaching one Organic Chemistry class and lab |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tydingco-Gatewood, Frances M. | 07/01/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tydingco-Gatewood, Frances M. | 07/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IShares TR S&P MIDCAP 400 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 2. | IShares TR Barclays 1-3 Yr CR BD FD (IRA) | A | Dividend | J | T | | | | | |
| 3. | IShares TR Barclays 1-3 Yr Treas BD FD (IRA) | A | Dividend | J | T | | | | | |
| 4. | Vanguard Intl EquityIndex FDS MSCI Emerging Mkts ETF (IRA) | A | Dividend | J | T | | | | | |
| 5. | Ishares TR Barclays Aggregrate BD FD (IRA) | A | Dividend | J | T | | | | | |
| 6. | IShares TR S&P 500 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 7. | IShares TR S&P 500 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 8. | PIMCO Global Bond (Unhedged) Fund (IRA) | A | Dividend | J | T | | | | | |
| 9. | Federated Institutional High Yield Bond Fund (IRA) | A | Dividend | J | T | | | | | |
| 10. | IShares TR Barclays Tips BD FD (IRA) | A | Dividend | J | T | | | | | |
| 11. | IShares TR MSCI EAFEIndex FD (IRA) | A | Dividend | J | T | | | | | |
| 12. | IShares TR S&P Small Cap 600 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 13. | IShares TR S&P Midcap 400 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 14. | IShares TR S&P Small Cap 600 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 15. | Vanguard Index FDS Vanguard REIT ETF (IRA) | A | Dividend | J | T | | | | | |
| 16. | IShares TR S&P 500 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 17. | PIMCO Global Bond (Unhedged) Fund (IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tydingco-Gatewood, Frances M. | 07/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Institutional High Yield Bond Fund (IRA) | A | Dividend | J | T | | | | | |
| 19. IShares TR Barclays Tips BD FD | A | Dividend | J | T | | | | | |
| 20. IShares TR S&P Small Cap 600 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 21. IShares TR MSCI EAFEIndex FD (IRA) | A | Dividend | J | T | | | | | |
| 22. IShares TR S&P Midcap 400 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 23. IShares TR S&P Small Cap 600 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 24. Vanguard Index FDS Vanguard REIT ETF (IRA) | A | Dividend | J | T | | | | | |
| 25. IShares TR S&P Midcap 400 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 26. IShares TR Barclays 1-3 Yr CR BD FD (IRA) | A | Dividend | J | T | | | | | |
| 27. IShares TR Barclays 1-3 Yr Treas BD FD (IRA) | A | Dividend | J | T | | | | | |
| 28. Vanguard Intl Equity Index FDS MSCI Emerging Mkts ETF (IRA) | A | Dividend | J | T | | | | | |
| 29. IShares TR Barclays Aggregate BD FD (IRA) | A | Dividend | J | T | | | | | |
| 30. IShares TR S&P 500 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 31. Powershares DB Commodity Index Tracking FD (IRA) | A | Dividend | J | T | | | | | |
| 32. Powershares DB Commodity Index Tracking FD (IRA) | A | Dividend | J | T | | | | | |
| 33. PIMCO Global Bond (Unhedged) Fund (IRA) | A | Dividend | J | T | | | | | |
| 34. Federated Institutional High Yield Bond Fund (IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tydingco-Gatewood, Frances M. | 07/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | IShares TR Barclays Tips BD FD (IRA) | A | Distribution | J | T | | | | | |
| 36. | IShares TR MSCI EAFEIndex FD (IRA) | A | Dividend | J | T | | | | | |
| 37. | IShares TR S&P Small Cap 600 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 38. | IShares TR S&P Midcap 400 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 39. | IShares TR S&P Small Cap 600 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 40. | Vanguard Index FDS Vanguard REIT ETF (IRA) | A | Dividend | J | T | | | | | |
| 41. | IShares TR S&P Midcap 400 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 42. | IShares TR Barclays 1-3 Yr CR BD FD (IRA) | A | Dividend | J | T | | | | | |
| 43. | IShares TR Barclays 1-3 Yr Treas BD FD (IRA) | A | Dividend | J | T | | | | | |
| 44. | Vanguard Intl Equity Index FDS MSCI Emerging Mkts ETF (IRA) | A | Dividend | J | T | | | | | |
| 45. | IShares TR S&P 500 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 46. | IShares TR Barclays Aggregate BD FD (IRA) | A | Dividend | J | T | | | | | |
| 47. | IShares TR S&P 500 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 48. | IShares TR S&P Midcap 400 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 49. | IShares TR S&P Small Cap 600 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 50. | IShares TR S&P Small Cap 600 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 51. | Vanguard Index FDS Vanguard REIT ETF (IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tydingco-Gatewood, Frances M. | 07/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federated Institutional HIgh Yield Bond Fund (IRA) | A | Distribution | J | T | | | | | |
| 53. Powershares DB Commodity Index Tracking FD (IRA) | A | Dividend | J | T | | | | | |
| 54. IShares TR Barclays Tips BD FD (IRA) | A | Dividend | J | T | | | | | |
| 55. IShares TR MSCI EAFEIndex FD (IRA) | A | Dividend | J | T | | | | | |
| 56. IShares TR Core Total U S BD MKT ETF (IRA) | A | Dividend | J | T | | | | | |
| 57. IShares TR S&P Midcap 400 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 58. IShares TR S&P Small Cap 600 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 59. IShares TR S&P Midcap 400 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 60. IShares TR S&P Small Cap 600 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 61. Vanguard Index FDS Vanguard REIT ETF (IRA) | A | Dividend | J | T | | | | | |
| 62. IShares TR S&P Midcap 400 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 63. Vanguard Intl Equity Index FDS MSCI Emerging MKTS ETF (IRA) | A | Dividend | J | T | | | | | |
| 64. IShares TR Barclays 1-3 Yr CR BD FD (IRA) | A | Dividend | J | T | | | | | |
| 65. IShares TR Barclays 1-3 Yr Treas BD FD (IRA) | A | Dividend | J | T | | | | | |
| 66. Vanguard Intl Equity Index FDS MSCI Emerging MKTS ETF (IRA) | A | Dividend | J | T | | | | | |
| 67. IShares TR S&P 500 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 68. IShares TR Core Total U S BD MKT ETF (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tydingco-Gatewood, Frances M. | 07/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares TR S&P 500 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 70. IShares TR S&P 500 Growth Index FD (IRA) | A | Dividend | J | T | | | | | |
| 71. IShares TR MSCI EAFEIndex FD (IRA) | A | Dividend | J | T | | | | | |
| 72. IShares TR S&P 500 Value Index FD (IRA) | A | Dividend | J | T | | | | | |
| 73. PIMCO Global Bond (Unhedged) Fund (IRA) | A | Dividend | J | T | | | | | |
| 74. Principal Diversified Real Asset Fund Class I | A | Dividend | J | T | | | | | |
| 75. PCJD Corp. | C | Dividend | J | T | | | | | |
| 76. Nuveen Real Asset Income Fund | A | Dividend | J | T | Buy | 06/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tydingco-Gatewood, Frances M.** | 07/01/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions, Line 1, name of Organization/Entity was amended back to "PCJD Corp."

Part VII. Investments and Trusts, Line 75 was amended from "PCD Corp." to "PCJD Corp."

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 10

Name of Person Reporting

Tydingco-Gatewood, Frances M.

Date of Report

07/01/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frances M. Tydingco-Gatewood**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544